**Phillip D. MARTIN, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 77516**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 30, 2015

Susan Hogan, Kansas City, MO, Counsel for Appellant

Rachel Flaster, Jefferson City, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Mr. Phillip D. Martin appeals the denial of his Rule 24.035 post-conviction relief motion. He claims that he was forced to plead guilty to the charged offenses because defense counsel failed to prepare for trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).